PHILIP GROSSMAN, Respondent, v. AARON J. SCHINDEL et al., Copartners Doing Business under the Name of DOMESTIC MILLS, Appellants. AARON SCHINDEL et al., Plaintiffs, v. PHILIP GROSSMAN, Defendant.— Judgment and order unanimously affirmed, with costs to the respondent, with leave to the defendants-appellants to move, within twenty days, at Special Term for reargument upon a showing that they have affirmatively complied with the provisions of the Office of Price Administration regulations with respect to establishing a maximum price as required by the decision in *International Spangles Corp.* v. *Marrow Mfg. Corp.* (294 N. Y. 295). No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NATHAN SAWITZ, Correct Name NATHAN SAWITS, Appellant.— Judgment unanimously reversed, the information dismissed and the fine remitted upon the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.

REINHARDT W. WERTH, Respondent, v. FRANK FLANAGAN, Defendant, and FREDERICK TECKEMEYER, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.

In the Matter of NEW YORK STATE LABOR RELATIONS BOARD, Respondent, against DORA BLUTTAL, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.

In the Matter of the Estate of WALDEMAR EITINGON, Deceased. MOTTY EITINGON, Individually and as Executor and Trustee under the Will of WALDEMAR EITINGON, Deceased, and as Executor of SOLOMON SCHILD, Deceased, Appellant; SAMUEL LEVY et al., Respondents.— Orders, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.